## 22812

NOACK ENTERPRISES, INC., d/b/a Country Corner Interiors, Petitioner v. COUNTRY CORNER INTERIORS OF HILTON HEAD ISLAND, INC., Howard Lipton and Jon Dellaria, Jr., Respondents.

(363 S. E. (2d) 688)

Supreme Court

*Phillip C. Lyman,* Hilton Head Island, *for petitioner.*

*Frank F. Pape, Jr.,* Hilton Head Island, *for respondents.*

*C. Richard Kelly,* Columbia, *amicus curiae for S. C. Trial Lawyers Assn.*

Heard Oct. 20, 1987.

Decided Dec. 7, 1987.

*Per Curiam:*

The writ of certiorari is dismissed as improvidently granted.